IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEVEN JOHNSON,

      Petitioner,

                                         JUDGMENT IN A CIVIL CASE

v.                                              Case No. 11-cv-478-wmc

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

      Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Steven Johnson for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

_Peter Oppeneer_                        3/15/12
Peter Oppeneer, Clerk of Court            Date